Larry J. Lichtenegger, Esq. [CSB #048206]
The Lichtenegger Law Office
3850 Rio Road, #58
Carmel, CA 93923
Telephone: (831) 626-2801
Facsimile: (831) 886-1639
lawyer@mbay.net

Attorneys for Respondent Barker Management., Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., an Iowa corporation,<br>　　　　　　　　　Petitioner,<br>v.<br>BARKER MANAGEMENT, INC., a California corporation,<br>　　　　　　　　　Respondent.<br>RELATED CROSS-PETITION TO CONFIRM THE AWARD | Case No. 8:17-cv-01529-JVS (DFMx)<br><br>**JUDGMENT ON ORDER CONFIRMING ARBITRATION AWARD**<br><br>Dept: 10C<br>Judge James V. Selna |

On December 19, 2017, this Court entered an Order Confirming the Arbitration Award issued in JAMS Arbitration Reference No. 1100084170 in favor of Claimant therein and Respondent herein, Barker Management, Inc., a California corporation, and against Respondent therein and Petitioner herein, Applied Underwriters Captive Risk Assurance Company, Inc., an Iowa corporation. The Award was in the amount of $280,130.63.

THEREFORE, IT IS ORDERED that Barker Management, Inc., a California corporation, shall have judgment against Applied Underwriters Captive Risk Assurance Company, Inc., an Iowa corporation in the amount of $280,130.63.

Dated: June 8, 2018

　　　　　　　　　　　　　　　　　　　JUDGE OF THE U.S. DISTRICT COURT